BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR TELEPHONE CONFERENCE

MAY 14, 2009 @ 11:00 a.m.

DOCKET NUMBER:      CR 94-1236 -02 (RJD)

U.S.A.      -v-    **ANTHONY PERSICHETTI (I/C)**
                   COUNSEL: CHRISTINE SALLA

AUSA:              **JOHN BURETTA**

OTHER CONFERENCE PARTICIPANTS: EILEEN O'ROUKE, FBI HANDLING AGENT and EILEEN RULEMAN, CHIEF of WITNESS SECURITY OPERATIONS

COURT REPORTER:   MICKY BRYMER
COURTROOM DEPUTY:   TARA D. HUNTER-HICKS

X      CONFERENCE BEGINS

X      COURT IS INFORMED of Mr. PERSICHETTI'S CURRENT SITUATION.

X      THE COURT HAS DONE ALL IT CAN DO REGARDING THIS MATTER.
       THE PARTIES ARE ENCOURAGED TO CONTINUE DISCUSSIONS
       TO REACH A RESOLUTION.